## Commonwealth *v.* Graves, Appellant.

Before DAUER, J.

Argued November 20, 1975. *Mark S. Frank,* with him *George Patterson, Jr.,* for appellant; *Charles W. Johns,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Greene, Appellant.

Before STRANAHAN, P. J.

Argued November 20, 1975. *N. Kladitis,* Assistant Public Defender, with him *Michael J. Wherry,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.